a sum in excess of seven dollars in any one year is paid in dividends to the preferred stockholders.

*Thomas R. Wheeler* for appellant.

*Basil Robillard* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

GAETANO CAGGIANO, as Administrator of the Estate of ANTHONY CAGGIANO, Deceased, Respondent, *v.* GEORGE S. TRAYSER, Appellant.

*Negligence — motor vehicles — boy struck while standing behind wagon by automobile approaching from rear.*

*Caggiano* v. *Trayser*, 210 App. Div. 877, affirmed.

(Argued February 26, 1925; decided March 31, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 24, 1924, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant. Intestate, a boy twelve years of age, with two others on roller skates were following a wagon up Fifth avenue in the city of New York. At Thirteenth street the wagon stopped to permit the east and west traffic to pass and while the boys were standing behind the wagon, intestate was struck by defendant's automobile approaching from the rear.

*Clarence S. Zipp* and *E. C. Sherwood* for appellant.

*Jacob Zelenko* and *Benjamin Weissman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

38